IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 7:13-CR-33-HL |
| vs | : | Violations: 18 U.S.C. § 2252(a)(2) |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| JAMES A. FOWLER, | : | |
| Defendant. | : | |

### ORDER

The pre-trial conference in this case, presently scheduled for October 1, 2013 in Valdosta, and the trial of this case presently scheduled to begin October 29, 2013, in Valdosta, Georgia, are hereby continued until the next term of Court  The Court continues this case based on the consent of counsel for the Defendant James a Fowler and the Government.  Accordingly, the Court finds the ends of Justice served by continuing the case outweighs the best interest of the public and the defendant in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 26th day of September, 2013.

_s/Hugh Lawson_____

Hugh Lawson, Judge